MINUTE ENTRY
VAN MEERVELD
January 9, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ANTHONY EDENFIELD, SR. | * | CIVIL ACTION |
| --- | --- | --- |
|  | * | NO. 22-5060 |
| VERSUS | * |  |
|  | * | DIVISION 1 |
| NEW ORLEANS CITY | * |  |
|  | * | MAGISTRATE JUDGE |
|  | * | JANIS VAN MEERVELD |

## STATUS CONFERENCE

A video status conference was conducted on this date before the undersigned Magistrate Judge.

PRESENT:  Jessica Vasquez, Jana McCaffery, Dashia Myles

The parties discussed Topics 21 and 23 of the Notice of Rule 30(b)(6) Deposition of the defendant. The issues were resolved as follows:

- Defendant represented that it would only present testimony of the plaintiff on its defenses of contributory negligence and failure to mitigate. Defendant further agreed to withdraw its defense of negligence of a third party. Plaintiff agreed to withdraw Topic 21.

- Topic 23 will be limited to testimony regarding the individuals identified in Topics 3 and 13.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:15)